IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| LAURA BIDDLE, § § *Plaintiff,* § § VS. § WAL-MART STORES TEXAS, LLC § ET AL., § § *Defendant.* § | CIVIL ACTION NO. 9:22-CV-00125 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal. [Dkt. 49]. The Parties are seeking a dismissal with prejudice as to all claims in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 29th day of November, 2023.**

_____
Michael J. Truncale
United States District Judge